GRAHAM H. NORRIS, JR. (SBN: 214076)
graham@norrislawyer.com
NORRIS LAW GROUP, PC
1156 S. State Street, Suite 204
Orem, UT  84097
Telephone: 801-932-1238
Facsimile: 801-679-0737

Attorney for Defendant
CAPITAL ADMINISTRATION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AORAKI HOLDINGS PTY LTD. d/b/a UNITED FERTILISERS, a foreign corporation<br>　　Plaintiff(s),<br><br>　　vs.<br><br>4NUTES.COM; ONLINE SALES ENTERPRISES, LLC; CAPITAL ADMINISTRATIONS LLC; JASON YUEN, an individual; QIANNI SUN, an individual; and DOES 1-500<br>　　Defendant(s). | Case Number: 4:25-CV-00253-HSG<br><br>**JOINT STIPULATION & ORDER OF DISMISSAL** |

The parties to the above-entitled action, as described below, jointly submit this JOINT STIPULATION & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 7-12.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Aoraki Holdings Pty Ltd and Defendant Capital Administrations LLC that, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), Defendant Capital Administrations LLC shall be

dismissed from this action **without** prejudice as to all claims and causes of action, with each party bearing that party's owns attorney's fees and costs.

Dated:                              /s/ Christopher D. Strunk
                                    Counsel for plaintiff

Dated: February 6, 2025             /s/Graham Norris
                                    Counsel for defendant

ORDER OF DISMISSAL

Pursuant to the stipulation of the above-named parties under Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT DEFENDANT CAPITAL ADMINISTRATIONS LLC BE, AND HEREBY IS, DISMISSED FROM THIS ACTION WITH PREJUDICE as to all claims and causes of action, with each party bearing that party's own attorney's fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   2/14/2025                  _____
                                    UNITED STATES DISTRICT JUDGE