# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

AORAKI HOLDINGS PTY LTD. d/b/a UNITED FERTILISERS, a foreign corporation,

Plaintiff(s),

v.

4NUTES.COM; ONLINE SALES ENTERPRISES, LLC; CAPITAL ADMINISTRATIONS LLC; JASON YUEN, an individual; QIANNI SUN, an individual, MARK LOVINGER, an individual; and DOES 1 through 500

Defendants.

Case No.  5:25-cv-00253-NW

[PROPOSED] ORDER ON STIPULATION TO SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND

This matter comes before the Court on the parties' stipulation to set aside the entry of default against Defendants Online Sales Enterprises, LLC and Qianni Sun. Upon review of the foregoing stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the foregoing Stipulation is approved.

**IT IS SO ORDERED.**

Dated:  February 19, 2026

_____
District Judge Noël Wise

3

STIPULATED ORDER RE: SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND
CASE NO. 5:25-cv-00253-NW