United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AORAKI HOLDINGS PTY LTD. d/b/a UNITED FERTILISERS,

Plaintiff,

v.

ONLINE SALES ENTERPRISES, LLC, et al.,

Defendants.

Case No. 25-cv-00253-NW

**ORDER RELIEVIG DEFENDANTS ONLIE SALES ENTERPRISES LLC, QIANNI SUN, AND MARK LOVIGER FROM COMPLIANCE WITH ALL DATES AND DEADLIES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

Re: ECF No. 86

On November 3, 2026, Plaintiff and Defendants Online Sales Enterprises, LLC, Qianni Sun, and Mark Lovinger filed a notice of settlement, explaining that Plaintiff expects to dismiss these Defendants with prejudice “within the next 30 to 60 days.” ECF No. 86. Accordingly, Defendants Online Sales Enterprises, LLC, Qianni Sun, and Mark Lovinger are relieved from compliance with all previously set dates and deadlines. All dates and deadlines remain in place as to the remaining Defendants: Jason Yuen, DS King, LLC, LA Green Gardens Inc., and Gary Cheng.

Plaintiff and Defendants Online Sales Enterprises, LLC, Qianni Sun, and Mark Lovinger shall file their stipulation of dismissal of Plaintiff’s claims against them by Friday, **December 18, 2026**. The Court sets a compliance hearing regarding dismissal for Tuesday, **January 5, 2027**, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the claims are dismissed by December 18, 2026, the compliance hearing will be converted into an order to show cause why the claims against these Defendants should not be dismissed. If any party opposes the order to show cause, that party must file their objection in writing by **December 29, 2026**. Counsel must appear at the hearing in person; no remote

United States District Court
Northern District of California

appearances will be permitted.

**IT IS SO ORDERED.**

Dated: November 5, 2026

Noël Wise
United States District Judge